AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Anthony Forte

FILED
AUG 2 - 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL COMPLAINT**

CASE NUMBER: 3 05 70624

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 8, 2005__ in __San Francisco__ county, in the __Northern__ District of __California__ defendants(s) did, (Track Statutory Language of Offense)

Knowingly possess 102 pieces of stolen U.S. mail.

in violation of Title __18__ United States Code, Section(s) __1708__.

I further state that I am a(n) __U.S. Postal Inspector__ and that this complaint is based on the following facts:
Official Title

See Affidavit of Postal Inspector Aaron C. Doo

Penalties: 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

Approved as to form __/s/ M Nerney__
AUSA, Michael Nerney

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_/s/ Aaron Doo_
Signature of Complainant: Aaron Doo

Sworn to before me and subscribed in my presence,

_2 Aug 05_                                    at   San Francisco, CA
Date                                              City of State

Bernard Zimmerman, U.S. Magistrate Judge         _/s/ Bernard Zimmerman_
Name and Title of Judicial Officer                Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**   )
                                    )   **AFFIDAVIT**
**NORTHERN DISTRICT OF CALIFORNIA**  )

## AFFIDAVIT OF AARON C. DOO

I, Aaron C. Doo, a United States Postal Inspector with the United States Postal Inspection Service, being duly sworn, states as follows:

INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. I am a U.S. Postal Inspector employed by the San Francisco Division of the U.S. Postal Inspection Service (USPIS) and have been so employed since July 11, 2004. I am sworn and empowered to investigate criminal activity involving the U.S. Postal Service (USPS). I am currently assigned to the San Francisco Division External Crimes Team, which investigates the theft of U.S. Mail, identity theft, and bank and credit card fraud, among other crimes. The pertinent statutes relating to mail theft and identity theft crimes include Title 18, United States Code, Section 1708, Possession of Stolen U.S. Mail, Title 18, United States Code, Section 1029, Credit Card Fraud, and Title 18, United States Code, Section 1028, Fraud and Related Activity in Connection with Identification Documents and Information.

2. I have received formal training from the Inspection Service, as well as from other federal agents who have done extensive work in the areas of mail fraud, mail theft, and identity theft. I have received formal classroom training from the U.S. Postal Inspection Service during the 13-week Postal Inspection Basic Training Academy in Potomac, Maryland. In March 2005, I received one week of external crimes mail theft training from the U.S. Postal Inspection Service.

3. During my employment as a federal law enforcement officer over the last year, I have conducted numerous interviews of suspects, witnesses, and victims. Based on my training and experience, I am familiar with the current method of operation that individuals and gangs in the San Francisco Bay Area are using to steal mail and take over individual identities for the purpose of obtaining cash and other valuables.

4. I make this affidavit in support of a complaint against Anthony Forte. As set forth in this affidavit, I have probable cause to believe that Anthony Forte has committed a violation of Title 18 U.S. Code, Section 1708, Possession of stolen United States Mail.

## FACTS

5. The facts in this affidavit are known to me as a result of my personal participation in this investigation or were related to me by other law enforcement officers and witnesses, either personally or by their reports.

6. On or about April 28, 2005, the Postal Inspection Service commenced a joint mail theft investigation with the San Francisco Police Department (SFPD). The purpose of the investigation was to target the increase of the mail theft in the 94117 zip code in San Francisco.

7. As a result of intelligence gathered by SFPD Sergeant Fredrick Schiff, a state search warrant was obtained for the residence of John Young, 1924 Grove Street, San Francisco, CA 94117.

8. On May 3, 2005, this search warrant was executed by U.S. Postal Inspectors and San Francisco Police Officers. Approximately 400 pieces of stolen U.S. Mail was recovered from the residence. Most of the mail was recovered from the rear, left bedroom of the residence. Indicia were found in this bedroom in the name of Anthony Forte, 1924 Grove Street, San Francisco, CA.

9. The only individual in the residence at the time the search warrant was executed was Young. Young advised Sgt. Schiff that he had been released from prison on May 2, 2005. All of the mail had postmarks prior to May 2, 2005.

10. On June 2, 2005, Sgt. Schiff advised me that he had spoken with Young. Sgt. Schiff stated that Young told him that the residence was being occupied by Anthony Forte. Sgt. Schiff advised me that he had conducted a probation search at the residence on this date, and did not find any stolen mail.

11. On June 8, 2005, Sgt. Schiff and I went to 1924 Grove Street, for the purpose of interviewing Forte. Sgt. Schiff had previously advised me that Young and Forte were on probation and have warrantless search conditions as part of their probation.

12. Prior to conducting the probation search, I learned from Forte that the rear left bedroom was occupied by him and his current girlfriend, Raquel Ritchie. It was the bedroom that I had located most of the stolen mail on May 3, 2005, during the search warrant.

13. I conducted a search of Forte's bedroom. As I searched the room, I found a shopping bag containing 37 pieces of mail addressed to individuals and addresses other than 1924 Grove Street. All of the mail in the bag was postmarked June 2005. Forte indicium was also found in the room by a dresser containing men's clothing. In the top drawer of the dresser, I found a State Farm Insurance check made payable to a James O'Dowd. I telephoned O'Dowd and he stated that his mailbox was broken into the previous day and he did not authorize anyone to have possession of his check.

14. Postal Inspector Jason Chung arrived at 1924 Grove Street to assist in the investigation. Inspector Chung and I located two garbage bags in the common area hallway between the bedrooms and the living rooms. An additional 88 pieces of mail with June 2005 postmarks addressed to addresses other than 1924 Grove Street, were recovered from the bags. This area was completely searched by myself on May 3, 2005, and cleared of all stolen mail.

15. At SFPD Park Station, Inspector Chung and I interviewed Richie. Richie was read her Warning and Waiver of Rights, agreed to sign it, and signed it. Richie stated and wrote in her statement that Forte was responsible for all of the mail theft. Richie stated that Forte has a sickness that makes him steal mail. Richie stated that Forte looks for checks and credit cards in the mail, and sells them for cash or trades them for drugs. Richie stated that Forte normally uses a screwdriver to break into the mailboxes. Richie stated that on the prior evening, June 7, 2005, Forte returned home with a shopping bag full of mail, that she knew to be stolen. Richie stated that she saw the stolen State Farm check on Forte's dresser.

16. In addition to victim James O'Dowd, Inspector Chung and I were able to contact victims Antoine Delaitre, Miia K. Rule, and Oona Gillesweil. All victims confirmed that their mail had recently been stolen, and that no one had authorization to be in possession of their mail.

17. I examined the mail recovered from the June 8, 2005 search. This mail included a check, bank statements, utility bills, and credit card applications.

18. Based on my training and experience, I know that mail thieves steal mail to obtain items like bank statements, credit card statements, etc., for the purpose of committing identity theft. In this case, Forte was arrested before any of the stolen mail could be used to commit identity theft.

19. On July 27, 2005, SFPD Officer Tarbox responded to a report of a mail theft at 1440 Golden Gate Avenue, San Francisco, CA. Officer Tarbox arrived at 1440 Golden Gate Avenue, San Francisco, CA, and spoke with the resident of the building that reported the mail theft.

20. The resident stated to Officer Tarbox that she was sitting in her living room, which over looks the front gates. The resident heard the front gate open and close, and then heard the mailboxes all opening and closing. The resident stated that she observed an individual running out the front gate, away from the building with mail in his hand. The resident went down from her apartment to look at the mailboxes and saw that they were open. The resident gave a description of the individual to Officer Tarbox.

21. On that same night, an individual matching the description given by the resident who reported the mail theft was spotted by SFPD Officers on Fell and Divisadero Streets, San Francisco. The individual was stopped and questioned by Officer Tarbox.

22. The individual gave his name, Anthony Forte, and date of birth to Officer Tarbox. The computer check on Forte revealed that Forte was on probation with a search condition. Officer Tarbox searched Forte for weapons or contraband. During the search, a letter fell out of Forte's left jacket pocket. The letter was addressed to another resident at 1440 Golden Gate Avenue, San Francisco, CA. Officer Tarbox stated that he asked Forte what he was doing with the letter. Officer Tarbox stated that Forte said "What letter? Oh that's mine." Officer Tarbox stated that he asked Forte what name was on the letter, and Forte did not answer.

23. SFPD Officers asked the resident who reported the mail theft, if she would be willing to anonymously view the individual identified as Anthony Forte. The resident agreed and was brought to where Forte was being questioned by SFPD Officers. Upon viewing Forte, the resident told SFPD Officers, "Well it might be him, but I am not sure...I'm scared and don't want to pick the wrong guy out so I don't think that is him."

24. Forte was arrested by SFPD Officers for the stolen mail and transported to SFPD Park Station.

PROBABLE CAUSE STATEMENT

25. Based on my training and experience, as well as the facts presented in this affidavit, I have probable cause to believe that Anthony Forte was in possession of approximately 102 pieces of stolen United States Mail in violation of Title 18 United States Code, Section 1708.

Aaron C. Doo
Postal Inspector

Subscribed to and sworn before me:

This 2 Day of August 2005

Bernard Zimmerman
U.S. Magistrate Judge