KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DENNIS MICHAEL NERNEY (CSBN 40989 )
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7251
FAX: (415) 436-7234
E-mail: michael.nerney@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 3-05-70624 BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXTENDING |
| v. | ) | TIME FOR PRELIMINARY HEARING |
| | ) | UNDER RULE 5.1(d) |
| ANTHONY FORTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    This matter came on the calendar of the Honorable Bernard Zimmerman on August 31,

2005 for preliminary hearing or arraignment. At the parties' request, the Court continued the

matter until September 14, 2005 for preliminary hearing or arraignment. The defendant

consented to an extension of time for the preliminary hearing under Federal Rule of Criminal

Procedure 5.1(d).

    The parties requested a Rule 5.1(d) extension of time until September 14, 2005 based

upon the need for effective preparation of counsel. The government has recently provided

discovery to the defense and the parties are engaged in discussions which might lead to pre-

[PROPOSED] ORDER EXTENDING TIME FOR
PRELIMINARY HEARING UNDER RULE 5.1(d)
No.: CR 3-05-70624 BZ

1  indictment resolution of this case. Therefore, the parties are requesting an extension of time

2  under Rule 5.1(d). The parties agree that the time from August 31, 2005 through September 14,

3  2005 should be extended under Rule 5.1(d).

4        Accordingly, the Court HEREBY ORDERS, for good cause shown, that the preliminary

5  hearing should be extended under Rule 5.1(d). The Court finds that the parties' request, made

6  with the defendant's consent and upon a showing of good cause, outweighs the public interest in

7  the prompt disposition of criminal cases. See Fed. R. Crim. P. 5.1(d)

8        SO ORDERED.

9

10  DATED: September 9, 2005

11                            ~~HONORABLE BERNARD ZIMMERMAN~~
                             UNITED STATES MAGISTRATE JUDGE

12  Approved as to form:

13

14                /S/

15  HARRY C. SINGER
   Attorney for Defendant

16

17                /S/

18  DENNIS MICHAEL NERNEY
   Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d)**

to be served this date on the party(ies) in this action,

**Via U.S. Mail**

**HARRY C. SINGER**
**Attorney at Law**
**P.O. Box 590879**
**San Francisco, CA 94159**
**Phone: 415-885-5916**
**Fax: 415-7509827**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 9, 2005

_____
Ponly J. Tu
Legal Assistant (Immigration)
United States Attorney's Office