AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA

v.

ANTHONY FORTE,

WAIVER OF INDICTMENT

CASE NUMBER: CR 05 00588 MMC

FILED SEP 14 2005 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT NORTHERN DISTRICT OF CALIFORNIA

I, _____ANTHONY FORTE_____, the above named defendant, who is accused of

Mail theft in violation of 18 United States Code Section 1708

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____September 14, 2005____ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant ANTHONY FORTE

_____
Counsel for Defendant HARRY C. SINGER

**Before** _____
BERNARD ZIMMERMAN
Judicial Officer