E-Filing

RECEIVED

SEP 2 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 2 7 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-05-00588 MMC |
| Plaintiff, ) | **STIPULATION AND** |
| ) | [PROPOSED] **ORDER** |
| v. ) | |
| ANTHONY FORTE, ) | |
| Defendant. ) | |

WHEREAS, the defendant ANTHONY FORTE is charged in an information now pending in the above-captioned matter;

WHEREAS, counsel are continuing to work out a plea but have not been able to complete the process and therefore request a continuance;

WHEREAS, the parties request that the matter be continued from Wednesday, September 28, 2005 until Wednesday, October 12, 2005 at 2:30 p.m., and that the matter be placed on the Court's calendar for a change of plea;

STIPULATION AND [PROPOSED] ORDER                                                                 1

1  THEREFORE, IT IS STIPULATED by and between the parties, and agreed
2  hereto, that the matter be continued from September 28, 2005 until October 12, 2005, at
3  2:30 p.m. before this Court, with time excluded until October 12, 2005, pursuant to 18
4  U.S.C. § 3161 (h)(8) in order to ensure continuity and effective assistance of counsel,
5
6  such that the ends of justice served by granting such a continuance outweigh the best
7  interests of the public and the defendant in a speedy trial.
8
   IT IS SO STIPULATED.
9
10 LAW OFFICES OF HARRY SINGER              KEVIN V. RYAN
                                           UNITED STATES ATTORNEY
11
12         [signature]                             [signature]
13 HARRY SINGER                             MICHAEL NERNEY
   For Defendant ANTHONY FORTE             Assistant United States Attorney
14
15
16 IT IS SO ORDERED.
17
           SEP 2 7 2005                           [signature]
18 DATED: _____
                                           HON. MAXINE CHESNEY
19                                         United States District Court
20
21
22
23
24
25
26
27
28 STIPULATION AND [PROPOSED] ORDER                                            2