**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -05-00588 MMC |
| Plaintiff | ) | |
| vs | ) | STIPULATION AND ORDER |
| ANTHONY FORTE, | ) | |
| Defendant | ) | |

WHEREAS, defendant ANHONY FORTE is charged in an information now pending in the above-captioned matter; and

WHEREAS, counsel are continuing to work out a plea but have not been able to complete the process and therefore request a continuance; and

WHEREAS, the parties request that the matter be continued from Wednesday, October 12, 2005, at 2:30 p.m., until Wednesday, November 2, 2005, at 2:30 p.m., and that the matter be placed on the Court's calendar for a change of plea;

THEREFORE, IT IS STIPULATED by and between the parties, and agreed hereto, that the matter be continued from October 12, 2005, until Wednesday, November 2, 2005, at

2:30 p.m. before this Court, with time excluded until November 2, 2005, pursuant to 18 U.S.C. Sec. 3161 (h)(8) in order to insure continuity and effective assistance of counsel, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 7th, 2005.

KEVIN V. RYAN
UNITED STATES ATTORNEY

_____
DOUGLAS SPRAGUE
Assistant United States Attorney

_____
HARRY C. SINGER
Attorney for Defendant ANTHONY FORTE

IT IS SO ORDERED;

DATED: October 11, 2005

_____
HON. MAXINE CHESNEY
United States District Court