# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

FILED

SEP 22 PM 3: 41

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Petition for Arrest Warrant for Offender Under Supervision

Name of Offender:    Anthony Forte        Docket No.:  CR 05-00588-01 MMC

Name of Sentencing Judge:  Maxine M. Chesney
United States District Judge

Date of Original Sentence:  February 1, 2006

Original Offense:
Counts One and Two: Possession of Stolen Mail, 18 U.S.C. § 1708

Original Sentence: 15 months custody; three years supervised release
Special Conditions: special assessment $200; community service 60 hours; drug/alcohol treatment; access to financial information; no new lines of credit or debt; no false identification and provide true identity; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection;

Type of Supervision: Supervised Release        Date Supervision Commenced: August 18, 2006
Assistant U.S. Attorney: Gregg W. Lowder        Defense Counsel: Harry Singer (Appointed)

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Octavio E. Magaña, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

Anthony Forte                                                                                  Page 2
CR 05-00588-01 MMC

| Charge Number | Violation |
|---|---|

One

There is probable cause to believe that the offender violated the general condition which states that the offender shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

> The offender failed to report to the U.S. Probation Office within 72 hours of release from the Bureau of Prisons.

> This is evidenced by the Notice of Release and Arrival from the Bureau of Prisons which states that the offender's release date from custody was on August 19, 2006. The notice indicates that the offender released to the Menlo Park Police pursuant to a detainer. It is further evidenced by my telephone contact with the San Mateo County Sheriff's Office verifying that the offender was released on bond on August 24, 2006. To date, the offender has failed to report to the U.S. Probation Office.

Address of offender:        430 Fulton Street, Apt. D
                            San Francisco, CA 94115

Based on the foregoing, there is probable cause to believe that Anthony Forte violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

Octavio E. Magaña
U.S. Probation Officer Specialist
Date Signed: September 22, 2006

Approved as to form:

Sharon K. Alberts
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(2) 03/23/05

Anthony Forte                                                           Page 3
CR 05-00588-01 MMC

---

Having considered the information set forth above, the court finds there is probable cause to believe
there has been a violation of the conditions of supervision and orders:

☒  The issuance of a no bail warrant.
☐  Other:

22 Sept 2002
Date  @ 3:26 pm

Maxine M. Chesney
United States District Judge