1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

| UNITED STATES OF AMERICA, | ) | No.: CR 05-0588 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER DETAINING DEFENDANT PENDING SUPERVISED RELEASE REVOCATION HEARING |
| ANTHONY FORTE, | ) | |
| Defendant. | ) | |

17        Based upon this record made at the parties' appearance before the Court on April 9,2007,

18 and pursuant to 18 U.S.C. § 3583 *et seq*.., IT IS HEREBY ORDERED that defendant Anthony

19 Forte be detained pending his supervised release revocation hearing scheduled for April 11, 2007

20 in United States District Court, the Hon. Maxine M. Chesney presiding.

21        IT IS SO ORDERED.

22
Dated: April 11, 2007

23                                    HON. EDWARD M. CHEN
                                      UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

[PROPOSED] ORDER RE: DETENTION
CR 05-0588 MMC