# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Petition for Arrest Warrant for Offender Under Supervision**

Name of Offender:        Anthony Forte                    Docket No.:  CR 05-00588-01 MMC

Name of Sentencing Judge:    Maxine M. Chesney
                             United States District Judge

Date of Original Sentence:   February 1, 2006

Original Offense:
Counts One and Two: Possession of Stolen Mail, 18 U.S.C. § 1708, Class D felonies

Original Sentence: 15 months custody; three years supervised release
Special Conditions: special assessment $200; community service 60 hours; drug/alcohol treatment; access to financial information; no new lines of credit or debt; no false identification and provide true identity; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection

Prior Form(s) 12: On September 25, 2006, the Court issued a warrant for the offender's arrest, as he failed to report to the U.S. Probation Office within 72 hours upon his release from custody

On April 25, 2007, the offender's supervision was revoked

Sentence: 20 days imprisonment, time served, 30 months supervised release
Special Conditions: abstain from the use of all alcoholic beverages, shall reside for a period of six months at Cornell Corrections, and shall observe the rules of that facility; drug/alcohol treatment, access to financial information, no false identification and provide true identity; search; not own or possess any firearm, ammunition, destructive devices, or other dangerous weapons; DNA collection

Type of Supervision: Supervised Release          Date Supervision Commenced: April 25, 2007
Assistant U.S. Attorney: Gregg Lowder            Defense Counsel: Claire Leary (Appointed)

## Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

NDC-SUPV-FORM 12C(2) 03/23/05

Anthony Forte                                                                                                Page 2
CR 05-00588-01 MMC

I, Octavio E. Magaña, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the offender violated standard condition number two which states that the offender shall report to the probation officer, and shall submit a written report within the first five days of each month. |
| | The offender failed to report to the probation officer on July 19, 2007; August 3, 2007; September 4, 2007; |
| | Evidence in support of this charge includes the testimony of the undersigned. |
| Two | There is probable cause to believe that the offender violated special condition number two which states that the offender shall reside for a period of six months in Cornell Corrections, immediately following sentencing. |
| | The offender failed to complete six months at Cornell Corrections. The offender entered Cornell on April 27, 2007, and was terminated on July 21, 2007. |
| | This is evidenced by the release report provided by Cornell Corrections. |

NDC-SUPV-FORM 12C(2) 03/23/05

| | |
|---|---|
| Three | There is probable cause to believe that the offender violated standard condition number seven which states in part that the offender shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia relating to a controlled substances except as prescribed by a physician. |

> The offender tested positive for cocaine and hydrocodone on July 27, 2007; cocaine and marijuana on December 12, 2007.
>
> Evidence in support of this charge includes the lab results by Kroll Laboratories, Inc.

| | |
|---|---|
| Four | There is probable cause to believe that the offender violated special condition number three which states that the offender shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. |

> The offender failed to report for testing on August 16, 2007; September 10, 14, and 27, 2007; October 8, 15, and 22, 2007. In addition, the offender failed to report for application of the sweat patch on November 7, 2007.
>
> The offender failed to report for treatment on October 4, 11, and 23, 2007; November 13, and 20, 2007;
>
> Evidence in support of this charge includes written notices by the treatment provider, Sharper Future.

| | |
|---|---|
| Five | There is probable cause to believe that the offender violated standard condition number eleven which states that the offender shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. |

> The offender failed to notify the probation office of his arrest on December 16, 2007.
>
> Evidence in support of this charge includes the FBI Identification Record (criminal rap sheet), and the testimony of state parole agent Chew. According to Agent Chew, an arrest warrant was issued because the offender absconded from supervision.

NDC-SUPV-FORM 12C(2) 03/23/05

Anthony Forte											Page 4
CR 05-00588-01 MMC

| | |
|---|---|
| Six | There is probable cause to believe that the offender violated standard condition number one which states that the offender shall not leave the judicial district without the permission of the court of probation officer. |
| | The offender traveled to Fairfield, California, on December 16, 2007, without prior approval. |
| | Evidence in support of this charge includes the FBI Identification Record (criminal rap sheet), which indicates that the offender was arrested by the Fairfield Sheriff's Police. |
| Address of offender: | State Parole custody |

Based on the foregoing, there is probable cause to believe that Anthony Forte violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Octavio E. Magaña
U.S. Probation Officer Specialist
Date Signed: January 10, 2008

Approved as to form:

_____
Amy Rizor
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(2) 03/23/05

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑ The issuance of a no bail warrant.
☐ Other:

_1-11-08_
Date

Maxine M. Chesney
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA et al, | Case Number: CR05-00588 MMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| FORTE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claire Margaret Leary
Law Office of Claire Leary
912 Cole Street, Suite 347
San Francisco, CA 94117

Gregg Lowder
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Octavio Magana
U.S. Probation Officer
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: January 11, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk