AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
# E-filing

DISTRICT OF: **NORTHERN** ___ **CALIFORNIA**

USA v. Anthony Forte

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR-05-0588 MMC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MAXINE M. CHESNEY | GREGG LOWDER | CLAIRE LEARY |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| APR 03 2008 | SAHAR McVICKAR | TRACY LUCERO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | APR 03 2008 |
| | | 10:00 | | | Court convened - matter on calendar |
| | | | | | for evidentiary hearing on supervised |
| | | | | | release violation(s). |
| | | 10:16 | | | Court recess (15 minutes) |
| | | | | | Court gave counsel time to review |
| | | | | | recent submissions to Court & to |
| | | | | | confer as to witnesses to be called. |
| | | 10:31 | | | Court reconvened |
| | | | | | AUSA Lowder read into the record |
| | | | | | stipulation(s) of the parties: |
| | | | | | Testimony of SHANA BURNS |
| 3 | | APR 03 2008 | ✓ | ✓ | Business records of SHARPER FUTURE |
| 1 | | APR 03 2008 | ✓ | ✓ | Test result from Kroll Lab (2 pgs) |
| 5 | | APR 03 2008 | ✓ | ✓ | Sweat patch test result |
| 2 | | APR 03 2008 | ✓ | ✓ | Code-A-phone collection procedure |
| 4 | | APR 03 2008 | ✓ | ✓ | Progress notes - records from SHARPER FUTURE |
| | | 10:57 | | | Govt witness: Les Bottomley |
| | | 11:08 | | | X-exam |
| | | 11:20 | | | Witness excused. |
| | | | | | Govt witness: Octavio Magana |
| | | 11:41 | | | X-exam |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of **3** Pages

# United States District Court

DISTRICT OF _____

V.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12:10 | | | Govt witness: Billy Ellis |
| | | 12:20 | | | X-Exam. |
| | | 12:28 | | | Re-Direct. |
| | | 12:30 | | | Re X-Exam. |
| | | 12:33 | | | Re-Re-Direct. |
| | | 12:34 | | | Govt rests. |
| | | | | | Court Recess (1 Hour). |
| | | 1:36 | | | Court Reconvened. |
| | | | | | Δ witness: Anthony Forte |
| | | | | | Court finds that Charge 2 does not form a basis for a supervised release violation. |
| | A | APR 03 2008 | ✓ | ✓ | Kaiser Permanente Record (1 pg) |
| | B | APR 03 2008 | ✓ | ✓ | Kaiser Medical Record (2 pgs) |
| | C | APR 03 2008 | ✓ | ✓ | Bottle of medicine - to be returned to Δ. |
| | D | APR 03 2008 | ✓ | ✓ | Letter from Neighborhood Network Center |
| | E | APR 03 2008 | ✓ | ✓ | Δ's resume |
| | | 2:25 | | | X-Exam. |
| | | 2:30 | | | Re-Direct |
| | | 2:35 | | | Witness Concluded. |
| | | 2:37 | | | Δ witness: Carolyn Saulson |
| | | 2:45 | | | X-Exam. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 3 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

V.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2:50 | | | WITNESS EXCUSED. |
| | | | | | Court & Counsel addressed evidence presented. Counsel made closing arguments. |
| | | | | | USPO will provide an updated sentencing report by 4/16/08. |
| | | | | | Court finds that Δ has violated terms of supervised release as to charges 1, 3, 4 & 6, and that he has not violated as to charges 2 & 5. |
| | | | | | Continued to 4/30/08 @ 2:30 pm for Judgment & Sentencing. |
| | | 4:00 | | | Hearing Concluded. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 3 Pages