Claire M. Leary
Attorney at Law
912 Cole Street, Suite 347
San Francisco, California 94117
(415) 225-4640
Fax (510) 351-1636
Counsel for Defendant Forte

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-588 MMC |
| Plaintiff, | Stipulation and Order Continuing Supervised Release Sentencing |
| vs. | |
| ANTHONY FORTE, | |
| Defendant. | |

The undersigned hereby stipulate that the supervised release sentencing in this matter, currently set for Wednesday, April 30, 2008, be continued to Wednesday, May 7, 2008, at 2:30 p.m.  Counsel for Mr. Forte has requested this change in order to allow time to explore residential treatment programs.

United States Probation Officer Octavio Magana has been informed of this change and is not opposed to it.

    Dated:  April 28, 2008            /s/_____
                                      Claire Leary
                                      Counsel for Defendant Forte


    Dated:  April 28,  2008           /s/_____
                                      Gregg Lowder
                                      Assistant United States
                                      Attorney

1

O R D E R

It is so ordered.  The supervised release sentencing in this Matter is hereby ~~moved~~ continued to May 7, 2008 at 2:30 pm.

Dated: April 29        , 2008

*[signature]*
MAXINE M. CHESNEY
United States District Judge

2