Claire M. Leary
Attorney at Law
912 Cole Street, Suite 347
San Francisco, California 94117
(415) 225-4640
Fax (510) 351-1636
Counsel for Defendant Forte

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-588 MMC |
| Plaintiff, | Request to Continue and Order Continuing Supervised Release Sentencing |
| vs. | |
| ANTHONY FORTE, | |
| Defendant. | |

    Mr. Forte hereby requests that the supervised release sentencing in this matter, currently set for Wednesday, May 7, 2008, be continued to Wednesday, May 28, 2008, at 2:30 p.m.  Counsel for Mr. Forte has requested this change in order to allow time to explore residential treatment programs.

    Assistant United States Attorney Gregg Lowder has been informed of this change and is not opposed to it.

    United States Probation Officer Octavio Magana has been informed of this change and is not opposed to it.

    Dated:   May 6, 2008          /s/_____

                                        Claire Leary
                                        Counsel for Defendant Forte

O R D E R

It is so ordered. The supervised release sentencing in this Matter is hereby moved to May 28, 2008 at 2:30 pm.

Dated: May 6 , 2008

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

2